United States District Court
for the
Southern District of Florida

United States of America            )
                                    )
v.                                  )
                                    )   Criminal Case No. 23-20421
Lazaro Verdecia Hernandez and       )
Yadier Rodriguez Arteaga,           )
Defendants.                         )

## Verdict Form

We, the Jury in the above-captioned case, unanimously find the Defendant, **Lazaro Verdecia Hernandez**:

As to **Count 1** of the Indictment (Conspiracy to Commit Wire Fraud), we find the Defendant Lazaro Verdecia Hernandez:

GUILTY  X       NOT GUILTY ____

As to **Count 3** of the Indictment (Wire Fraud), we find the Defendant Lazaro Verdecia Hernandez:

GUILTY  X       NOT GUILTY ____

As to **Count 5** of the Indictment (Wire Fraud), we find the Defendant Lazaro Verdecia Hernandez:

GUILTY  X       NOT GUILTY ____

As to **Count 15** of the Indictment (Conspiracy to Commit Money Laundering), we find the Defendant Lazaro Verdecia Hernandez:

GUILTY  X       NOT GUILTY ____

If you found the Defendant GUILTY as to COUNT 15, mark the object or objects that you unanimously find applied:

Concealment money laundering, 18 U.S.C. § 1956(a)(1)(B)(i) X

Spending money laundering, 18 U.S.C. § 1957 X

As to **Count 16** of the Indictment (Money Laundering), we find the Defendant Lazaro Verdecia Hernandez:

GUILTY __X__     NOT GUILTY ____

As to **Count 22** of the Indictment (Money Laundering), we find the Defendant Lazaro Verdecia Hernandez:

GUILTY __X__     NOT GUILTY ____

As to **Count 23** of the Indictment (Money Laundering), we find the Defendant Lazaro Verdecia Hernandez:

GUILTY __X__     NOT GUILTY ____

**SO SAY WE ALL.**

_____          _____
Foreperson's Juror Number          Foreperson's Signature

Dated: November __8__, 2024